### La Scala v. Lyon.

*(Supreme Court, General Term, First Department.* June 6, 1890.)

PLEADING—BILL OF PARTICULARS.
A motion to compel a defendant to furnish a bill of particulars is properly denied where the answer setting up justification gives many details, and defendant swears he has stated the elements of the justification with as great particularity as he can.

Appeal from special term, New York county.
Action by Diego La Scala against Leroy M. Lyon. Plaintiff appeals from an order denying his motion for a bill of particulars.
Argued before Van Brunt, P. J., and Brady and Daniels, JJ.
*H. G. Chapman,* for appellant. *De Lancey Nicoll,* for respondent.

Per Curiam. The answer of the defendant setting up justification is quite elaborate, many details are given, and the defendant swears he has stated the elements of the justification with as great particularity as he can. This we think is a sufficient answer to the application made, and the order appealed from was correct, and it should be affirmed, with $10 costs and disbursements.